UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. SMITH, JR.,<br><br>             Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. CV 12-10666 CJC(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all of the records herein, including the parties' cross motions for summary judgment and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

      IT IS HEREBY ORDERED that (1) the decision of the Commissioner of Social Security is affirmed; and (2) Judgment be entered accordingly.

---

[1] Carolyn W. Colvin is substituted as Acting Commissioner of Social Security pursuant to Fed. R. Civ. P. 25(d).

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment on counsel for the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 5, 2013

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE